FRANCES M. LEONE, as Administratrix of the Estate of GERALD R. LEONE, Deceased, Respondent-Appellant, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.— Motion by plaintiff for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See *ante*, p. 847.]

ERMETE SILVESTRINI, as Administrator of the Estate of GINO SILVESTRINI, Deceased, Respondent-Appellant, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.— Motion by plaintiff for leave to appeal to the Court of Appeals granted. Present —McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See *ante*, p. 847.]

MARIANO RUFFINO, Respondent-Appellant, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant, and HAROLD KOCH et al., Individually and as Copartners Doing Business as YOUNG, YOUNG, KOCH, RASZMAN & EVERINGHAM, Respondents.— Motions for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See *ante*, p. 847.]

GENERAL MUTUAL INSURANCE COMPANY, Appellant, v. ALBERT SANTORO et al., Doing Business as SANTORO BROS., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See *ante*, p. 851.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BIEBER, Appellant.— Appeal dismissed, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIAH GAY, Appellant.— Appeal dismissed, upon stipulation.

In the Matter of the Probate of the Will of VICTORIA RADECKA, Deceased.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK R. MOORE, Appellant.— Appeal dismissed, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WOODROW BIBBS, Appellant.— Appeal dismissed, upon stipulation.

CLARENCE BUTLER, Appellant, v. TENNESSEE GAS TRANSMISSION CO., Respondent.— Appeal dismissed for failure to comply with previous order.